UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)<br>AARON LOUCKS,   )<br>) | Case No. 2:21-mj-00002 |

## MOTION FOR RECONSIDERATION OF DETENTION

NOW COMES defendant Aaron Loucks, by counsel, and respectfully requests that the Court vacate the Order of Detention, and order that Mr. Loucks be released on conditions to participate in intensive mental health treatment. This motion is being filed pursuant to 18 U.S.C. § 3142 based on new information that has a material bearing on the issue of whether there are conditions of release that will reasonably assure the appearance of Mr. Loucks as required and the safety of the community. Specifically, Mr. Loucks has been determined to be competent. Mr. Loucks has secured a spot at Dismas House in Burlington, VT and has been accepted into mental health IOP at Crossroads.

Mr. Loucks was arrested on federal charges on January 4, 2021. On January 6, 2021, the government moved for a competency evaluation and for Mr. Loucks's detention. At the initial appearance on January 7, 2021, counsel for Mr. Loucks opposed the government's request for a competency evaluation but consented to detention.[1] The court granted the government's motion for a competency evaluation and ordered a competency evaluation to be completed. Initially, that examination was to be conducted through BOP, however, when it was learned that Mr. Loucks

---

[1] The Order dated January 11, 2021 (Doc. 27) and January 25, 2021 (Doc. 30) indicate that the motion for a competency evaluation was unopposed. However, counsel orally opposed the motion at the initial appearance on January 7, 2021 when the matter was addressed.

-1-

would be transferred to Fort Worth, Texas for an evaluation to be conducted, the Court granted counsel's request that the evaluation be performed locally. The parties agreed to the evaluation being performed by Dr. John Holt. That evaluation was completed, and it was determined that Mr. Loucks is competent.

At the initial appearance, Mr. Loucks consented to detention as he did not have a place where he could stay. Although he was and continues to be competent, he acknowledged that he had untreated mental health issues that needed to be adequately addressed. Mr. Loucks has been in custody for approximately four months. He now has a structured release plan with adequate support systems that would permit him to address his mental health needs. With such structure in place, it is respectfully submitted that Mr. Loucks is not a flight risk nor is he a danger to himself or the community.

Counsel moves, accordingly, to reopen the detention hearing and requests that this Court enter an order directing that Mr. Loucks be released from custody on condition that he report to Dismas House and participate in mental health IOP treatment at Crossroads, and that he abide by all other conditions of release imposed by this Court.

WHEREFORE, Mr. Loucks respectfully requests that the Court grant the motion for reconsideration and order that he be released on condition that be released to Dismas House and participate in mental health IOP at Crossroads and that he comply with all other conditions of release imposed by this Court.

Dated at Burlington, Vermont, this 23rd day of April, 2021.

           By:    <u>*/s/ Elizabeth K. Quinn*</u>
                     Elizabeth K. Quinn
                     Assistant Federal Public Defender

                     Office of the Federal Public Defender
                     District of Vermont
                     95 Pine Street, Suite 150
                     Burlington, VT 05401
                     (802) 862-6990
                     Counsel for Aaron Loucks